# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHARON GAMMONS,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**SHAW'S SUPERMARKETS, INC.**<br><br>        **Defendant.** | **Civil Action No. 14-13574**<br><br>**NOTICE OF REMOVAL** |

TO:  The Honorable Judges of the
     United States District Court
     District of Massachusetts

Petitioner Shaw's Supermarkets, Inc. ("Shaw's"), Defendant in the above entitled action, states:

1.  Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court for Bristol County, Massachusetts, in which said cause is now pending under the name and style, *Sharon Gammons v. Shaw's Supermarkets, Inc.*, Civil Action No. 1473cv00722.  Defendant was served a Summons and a copy of a Complaint in this action on or about August 18, 2014.  A copy of the Summons, Complaint and Motion for Appointment of a Special Process Server, are attached hereto as Exhibit A.

2.  The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this court by the Defendant, pursuant to the provisions of 28 U.S.C. § 1441, wherein it is a civil action arising under the Constitutions, laws, or treaties of the United States.  Specifically, through her Complaint, Plaintiff asserts claims against Defendant pursuant to, amongst other things, the Fair

Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq*. (Complaint at ¶¶ 54-65). This Court also has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

    3.    Defendant is filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

    4.    Defendant will file a Notice of Filing of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk, Superior Court for Bristol County, 9 Court Street, Taunton, MA 02780, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

    5.    Defendant will serve written Notice to Opposing Counsel of Removal of Action to Federal Court, and copies of this Notice of Removal on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

WHEREFORE, Defendant Shaw's Supermarkets, Inc. prays that the above action now pending against it in the Superior Court for Bristol County, Taunton, Massachusetts be removed therefrom to this Court.

Respectfully submitted,

SHAW'S SUPERMARKETS, INC.

By its attorneys,

____/s/ *Sean P. O'Connor*_____
Robert P. Joy, BBO # 254820
Sean P. O'Connor, BBO # 673835
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
rpjoy@morganbrown.com
soconnor@morganbrown.com

Dated:  September 8, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Thomas J. Cleary, Cohen Cleary, P.C., 10 Commerce Way, Suite 4, Raynham, MA 02767 by first-class U.S. mail this 8th day of September 2014.

____/s/ *Sean P. O'Connor*_____
Sean P. O'Connor